## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:

    NORMA J OSTERHOUT                    Chapter 13

                    Debtor            Bankruptcy No. 19-12308-ELF
                                              Date: 7/2/2019 10:00:00 AM
                                            Courtroom: #Courtroom #1
                                            900 Market St,
                                            Philadelphia PA 19107

### CHAPTER 13 STANDING TRUSTEE'S AMENDED MOTION FOR DISMISSAL

      **AND NOW** comes, William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

Debtor(s) has/have failed to appear at the meeting of creditors required by 11 U.S.C. Section 341(a).
Debtor(s) has/have failed to comply with 11 U.S.C. Section 521(a)(1)(B)(iv) by not filing copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition by debtor(s) from any employer of debtor(s).
Debtor(s) has/have failed to provide, not later than 7 days before the date first set for the first meeting of creditors, a copy of the Federal income tax return required by 11 U.S.C Section 521(e)(2).

      The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

      The standing trustee consents to the entry of a final order or judgment by the Court if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

      **WHEREFORE**, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                              Respectfully submitted,

                              /s/ William C. Miller

                              _____
                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee
                              P.O. Box 1229
                              Philadelphia, PA 19105
                              Telephone: (215)627-1377